UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS LANGER,** | Case No.: 21-CV-1150 YGR |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| **INTERVAL INTERNATIONAL, INC.,** | |
| Defendant. | |

Plaintiff Chris Langer brings this action pursuant to the Americans With Disabilities Act and Unruh Civil Rights Act against Defendant Interval International, Inc. On April 6, 2021, Interval filed a Motion to Dismiss the Complaint. (Dkt. No. 10.)

On April 27, 2021, Langer filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot. The hearing set for May 25, 2021, is **VACATED**.

As required by Rule 15(a)(3) a response shall be filed within 14 days after service of the amended pleading.

This terminates Docket No. 10.

**IT IS SO ORDERED**.

Date: April 29, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE